JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUANA L. GIBSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC; and DOES 1 through 10, Inclusive.<br><br>　　　　　Defendants. | No. 2:21-cv-03676<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION (DKT. 11)** |

Based on a review of the parties' Stipulation to Remand Removed Action (the "Stipulation" (Dkt. 11)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned action is remanded to the Los Angeles Superior Court, Stanley Mosk Courthouse, Case No. 21STCV12422.

**IT IS SO ORDERED.**

Dated: May 25, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　United States District Judge